STATE OF NEW JERSEY v. SANTIAGO RAMOS.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRELL L. CHASE.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TRACY BROWN.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE LEE CRAWFORD, JR.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN SCOTT.

September 28, 1987.

Petition for certification denied.